◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SPAVONE, Appellant. [790 NYS2d 612]—Appeals by the defendant, as limited by his brief, from four sentences of the Supreme Court, Queens County (Chin-Brandt, J.), all imposed July 21, 2003, upon his conviction of attempted robbery in the first degree (four counts; one each under Superior Court Information Nos. 2789/02, 25/03, 26/03, and 27/03), upon his pleas of guilty.

Ordered that the sentences are affirmed.

The defendant's waivers of his right to appeal preclude review of his claim that the sentences imposed were excessive (*see People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v Iorio*, 276 AD2d 564 [2000]). Florio, J.P., Krausman, Crane, Rivera and Fisher, JJ., concur.